IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGUERITE LOUISE BROOKS, #171716, )<br>a.k.a., Marguerite Louise Richards Hardy Brooks, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF ALABAMA, )<br>)<br>Defendant. ) | CASE NO. 2:16-CV-38-WHA-SRW<br>(WO) |

**OPINION and ORDER**

On January 29, 2016, the Magistrate Judge filed a Recommendation denying Plaintiff's motion for leave to proceed *in forma pauperis* and dismissing this case without prejudice in accordance with the provisions of 28 U.S.C. § 1915(g) for Plaintiff's failure to pay the full filing fee upon initiation of this case (Doc. # 5). No timely objections have been filed to this Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that:

1. The motion for leave to proceed *in forma pauperis* filed by Plaintiff is DENIED.

2. The Recommendation of the Magistrate Judge is hereby ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon initiation of this case.

An appropriate Final Judgment will be entered separately.

Done, this 22nd day of February, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE