IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGUERITE LOUISE BROOKS, #171716, ) <br> a.k.a., Marguerite Louise Richards Hardy Brooks, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> STATE OF ALABAMA, ) <br> ) <br> Defendant. ) | CASE NO. 2:16-CV-38-WHA-SRW <br> (WO) |

**FINAL JUDGMENT**

In accordance with the order and opinion of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of February, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE